### J. PEAK v. E. A. BLYTHE.

(No. 31, Op. Book No. 1, p. 168.)

APPEAL from Dallas County.   Opinion by ECTOR, P. J.

§ 7. *Parol evidence to vary written contract.*   The general rule of law is, that such evidence is inadmissible to contradict or vary the terms of a valid written instrument.   [1 Greenl. Ev. §§ 275, 276; Heatherly v. Record, 12 Tex. 50; Keith v. Garrett, 29 Tex. 52; Self v. King, 28 Tex. 553; Reid v. Allen, 18 Tex. 243; Rockmore v. Davenport, 14 Tex. 602.]

§ **8.** *Parol evidence, when admissible.* The written contract may be contradicted when fraud or mistake is alleged and proven. Or when the written contract is of doubtful meaning, it may be explained by parol evidence. [Roberts v. Short, 1 Tex. 373; Epperson v. Young, 8 Tex. 135; Mead v. Rutledge, 11 Tex. 50.]

April 17, 1877.　　　　Reversed and remanded.